FILED

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0026

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

THOMAS WOJTOWICZ,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 1, 2024, within which to prepare, file, and serve its response brief.

**BF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2023